Norman J. Roger   SBN 62554
Patricia M. Fama, SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, Ca. 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

122180
Attorney for Plaintiff,
CONTRACTOR BONDING and INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>McEACHRON CONSTRUCTION, INC., A NEVADA CORPORATION, JEFFREY LANCED McEACHRON DBA McEACHRON CONSTRUCTION COMPANY, VINEYARD CONSTRUCTION,<br><br>Defendants. | Case No.  2:07-CV-01610-LKK-KJM<br><br>**REQUEST TO CONTINUE THE INITIAL STATUS CONFERENCE; ORDER** |

The complaint in this matter was filed on August 7, 2007. All defendants have been served with the complaint. The defendants have not yet appeared in the action and the parties

are presently engaged in discussions towards resolution of this matter without further litigation.

Accordingly, plaintiffs Contractors Bonding and Insurance Company hereby requests a sixty (60) day continuance of the presently scheduled Status (Pre-Trial Scheduling) Conference which is currently set for October 1, 2007 at 11:00 a.m. before Judge Karlton in Chambers/Courtroom 4.  Contractors Bonding and Insurance Company requests that all dates triggered by the Status (Pre-Trial Scheduling) Conference also be moved to comply with the new assigned date.

## ORDER

The currently set Status (Pre-Trial Scheduling) Conference date of October 1, 2007 at 11:00 a.m. is hereby vacated.  The Status (Pre-Trial Scheduling) Conference is hereby continued and will now be held on December 10, 2007 at 11:00 a.m before Judge Karlton in Chambers/Courtroom 4.

Plaintiff to give notice.

IT IS SO ORDERED.

DATED:  September 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT